IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jackson, Kevin P | Case Number: 07 B 09135 |
| | Judge: Squires, John H |
| Printed: 3/25/08 | Filed: 5/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 13, 2008
Confirmed: July 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,510.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,428.46 |
| Trustee Fee: | | 81.54 |
| Other Funds: | | 0.00 |
| Totals: | 1,510.00 | 1,510.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dollie I Warren-Reed | Administrative | 2,500.00 | 1,428.46 |
| 2. | Citizens Bank | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 5. | Wells Fargo Home Mortgage | Secured | 2,928.12 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 4,566.80 | 0.00 |
| 7. | Citizens Bank | Secured | 363.32 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 16,814.07 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 141.47 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 532.98 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 3,187.16 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 3,187.16 | 0.00 |
| 13. | Aspire Visa | Unsecured | 3,618.76 | 0.00 |
| 14. | Citibank | Unsecured | | No Claim Filed |
| 15. | Park Dansan | Unsecured | | No Claim Filed |
| | | | $ 37,839.84 | $ 1,428.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 81.54 |
| | $ 81.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jackson, Kevin P | Case Number:  07 B 09135 |
| | Judge:  Squires, John H |
| Printed:  3/25/08 | Filed:  5/18/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

                                        _____